No. 8414.   STATE ex Rel. MONTANA FURRIERS ASSN., INC., Relator, *v.* STATE FISH & GAME COMMISSION ET AL., Respondents.

Decided January 21, 1943.

PER CURIAM.—The above application for writ of mandate is denied.

*Messrs. Murch & Wuerthner,* for Relator.